

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00412-CR

| | | |
|---|---|---|
| MIGUEL ANGEL RODRIGUEZ, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1528626) |
| V. | § | December 20, 2018 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell